# Court of Appeals
# of the State of Georgia

ATLANTA, August 09, 2012

*The Court of Appeals hereby passes the following order*

**A12D0464. IN THE INTEREST OF: B. A. T. M., A. J. T., J. E. T., L. M. T., CHILDREN (MOTHER) .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

1100358 1100356 1100357 1200034



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, August 09, 2012.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*